

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Tom Seay
County Attorney
Amarillo, Texas

Dear Sir:

Opinion No. O-1261
Re: Whether Article 1583, Penal Code, or
any other statute regulates the hours
of employment of firemen and police-
men in cities of between Thirty Thou-
sand and Seventy-five Thousand in-
habitants.

We received your letter of August 9, 1939, requesting
our opinion in response to the following question:

"Does Art. 1583 of the Penal Code or any
other statute regulate the hours of employment of
firemen and policemen in cities of over 30,000
inhabitants and less than 75,000 inhabitants?"

The only statute regulating the hours of employment
of policemen and firemen is Article 1583, Penal Code, Sec-
tions 1 and 6, of which read as follows:

"1. No member of any fire department or
police department in any city of more than twenty-
five thousand (25,000) inhabitants shall be re-
quired to be on duty for more than six (6) days
in any one week."

"6. It shall be unlawful for any city of
more than seventy-five thousand (75,000) inhabi-
tants to require or permit any such firemen and
policemen to work more than twelve (12) hours
per calendar day or more than seventy-two (72)
hours in any one calendar week and, in no event,
more than one hundred forty-four (144) hours in
any two (2) consecutive calendar weeks in the
discharge of their duties except in case of emer-
gency which may arise where it may become neces-
sary to work more than twelve (12) hours per cal-
endar day or more than seventy-two (72) hours in

any one calendar week or more than one hundred forty-four (144) hours in any two (2) consecutive calendar weeks for the protection of property or human life; said firemen and policemen shall draw additional compensation for the number of hours worked in addition to the regular twelve (12) hour calendar day, or more than the regular seventy-two (72) hours in any one calendar week or more than the regular one hundred forty-four (144) hours in any two (2) consecutive calendar weeks or if required to work on any day which has been designated as the day of the week that such member of said department should not be required to be on duty, additional compensation at the rate of time and one-half over time computed upon the basis of their monthly salary shall be paid to them for such additional time as they are required to work."

From a careful reading of the above statute it is apparent that the statute does not undertake to regulate the hours of employment of firemen and policemen in any cities or towns except those having a population of more than seventy-five thousand (75,000) inhabitants. The statute has no application to cities and towns having a population of less than seventy-five thousand (75,000), and our answer to your question, therefore, is in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Glenn R. Lewis(signed)
Assistant

GRL:LM

APPROVED  AUG 24, 1939

Gerald C. Mann (signed)
ATTORNEY GENERAL OF TEXAS

(Stamped:)  Approved
Opinion Committee
By: R.W.F.,Chairman